# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br>PAR PHARMACEUTICAL COMPANIES, INC., and<br>PAR PHARMACEUTICAL, INC.<br><br>Defendants/Counterclaimants. | C.A. No. 3:12-CV-02154 JAP (TJB)<br><br>(CONSOLIDATED for pretrial purposes with C.A. No. 3:12-CV-1358 and C.A. No. 3:12-CV-2813)<br><br>RECEIVED<br><br>DEC 17 2012<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

## STIPULATION AND ORDER OF DISMISSAL OF PAR PHARMACEUTICAL COMPANIES, INC., AND PAR PHARMACEUTICAL, INC.

WHEREAS, Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. (collectively, "Par") have amended ANDA No. 203757 to remove the certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) with respect to U.S. Patent Nos. 6,340,475, 6,488,962, 6,635,280, 6,723,340, 7,438,927, 7,731,989, 8,192,756, and 8,252,332 and are no longer seeking FDA approval of ANDA No. 203757 prior to the expiration of those patents;

WHEREAS, Par has amended ANDA No. 203757 to state a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(III) with respect to U.S. Patent Nos. 6,340,475, 6,488,962, 6,635,280, 6,723,340, 7,438,927, 7,731,989, 8,192,756, and 8,252,332 and is no longer seeking FDA approval of ANDA No. 203757 prior to the expiration of those patents;

WHEREAS, as a result of the foregoing, Plaintiff Depomed, Inc. ("Depomed" or "Plaintiff") is willing to dismiss without prejudice its claims for infringement in the foregoing action and to forego the right, if any, to collect any attorneys' fees or costs;

WHEREAS, as a result of the foregoing, Par is willing to dismiss without prejudice its counterclaims for non-infringement and invalidity in the foregoing action and to forego the right, if any, to collect attorneys' fees or costs;

NOW, THEREFORE,

1. It is hereby stipulated and agreed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) that all claims, counterclaims, and affirmative defenses between Plaintiff and Par are dismissed without prejudice, each party to bear its own costs, disbursements, and attorney fees; and

2. Par and Plaintiff submit and consent to the jurisdiction of this Court for purposes of and to enforce this stipulation, and to adjudicate or resolve any disputes regarding its terms, interpretation, application, or requirements.

SO STIPULATED:

By: s/ Leda Dunn Wettre
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone: (973) 690-5400
Facsimile: (973) 466-2760
Lwettre@rwmlegal.com

*Attorneys for Depomed, Inc.*

OF COUNSEL:
William G. Gaede III
Bhanu K. Sadasivan
Shane G. Smith
Evan Boetticher
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
DepomedCounsel@mwe.com

By: s/ Gerald Krovatin
Gerald Krovatin
KROVATIN KLINGEMAN, LLC
60 Park Place, Suite 1100
Newark, New Jersey 07102
Telephone: (973) 424-9777
Facsimile: (973) 424-9779
gkrovatin@krovatin.com

*Attorneys for Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.*

OF COUNSEL:
Richard J. Berman
Janine A. Carlan
Aziz Burgy
Bradford Frese
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
gralise@arentfox.com

Dated: December 17, 2012

2

DM_US 40093615-2.082221.0018

## **ORDER**

IT IS SO ORDERED THIS __17__ day of __Dec__, 2012.

_____
HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE

3